# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, Plaintiff, -vs- CYRA RINA MARIA AMORATI, (02), Defendant. | Case No.  2:17-CR-0168-SMJ-02 **CRIMINAL MINUTES** DATE: DECEMBER 18, 2018 LOCATION: SPOKANE **SENTENCING/MOTION HEARING** |
|---|---|

| | Hon. Salvador Mendoza, Jr. | |
|---|---|---|
| Debbie Brasel **Courtroom Deputy** | 01 **Law Clerk** | Mark Snover **Court Reporter** |
| Timothy John Ohms **Government Counsel** | | Stephen R. Hormel **Defendant's Counsel** |
| **United States Probation Officer:**   Shawn Kennicutt | | |

**[XX] Open Court**          **[  ] Chambers**          **[  ] Teleconference**

Defendant **is present and is not in custody** of the US Marshal

Argument by counsel

The Court rules on and accepts the Pre-Sentence Report

Defendant addresses Court on her own behalf

**Court:**          Motion [ECF 92] is **granted**

**Probation:**     **5 years** with respect to each of Counts 6 and 7 **for a total of 5 years probation** with mandatory conditions, standard conditions, and the following special conditions:

1.  You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

2.  You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

**[XX]    ORDER FORTHCOMING**

| **CONVENED:**  9:35 A.M. | **ADJOURNED:**  10:06 A.M. | **TIME:**  0:31 HR. | **CALENDARED**  [XX] |
|---|---|---|---|

*USA -vs- Amorati*                        December 18, 2018
2:17-CR-168-SMJ-02                      Page 2
Sentencing Hearing

| | |
|---|---|
| **Special Penalty Assessment**: | $100.00 with respect to each of Counts 6 and 7 for a total of $200.00 |
| **Fine:** | waived |
| **Restitution:** | N/A |

While on probation, monetary penalties are payable on a monthly basis of not less than $25.00 per month or 10% of the defendant's net household income, whichever is less, commencing 30 days after the defendant is released from imprisonment.

Government moves to dismiss all remaining counts
**Court:** granted

Appeal rights waived pursuant to the Plea Agreement previously executed by the defendant and filed with the Court.